**Opinion issued July 16, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-00939-CV**

———————————

**COMUNIDAD CAPITAL, LLC, COMUNIDAD HARBORTREE, LLC, AND COMUNIDAD BALBOA, LLC, Appellants**

**V.**

**MARIO DUARTE D/B/A QUALITY PAINTING & RESURFACING, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 969751**

---

**MEMORANDUM OPINION**

Appellants have filed a motion to dismiss the appeal, indicating that one appellant has settled with appellee and the other appellants do not wish to continue

prosecuting the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service, but does not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a). Ten days have passed, however, and appellee has not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.